# Court of Appeals, State of Michigan

## ORDER

People of MI v Brian David Brugh

Docket No. 323613

LC No. 2014-000646-FH

Mark T. Boonstra
Presiding Judge

David H. Sawyer

Jane E. Markey
Judges

The Court orders that the January 14, 2016 opinion is hereby AMENDED. The opinion contained the following clerical error: On page one, 2nd paragraph, the date November 15, 2015 is replaced with November 15, 2013.

In all other respects, the January 14, 2016 opinion remains unchanged.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

JAN 26 2016
Date

Chief Clerk